## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Christopher M. Quigley | : | Bankruptcy No. 18-14753-jkf |
| | : | |
| Debtor. | : | Hearing Date & Time: 11/14/18 at 9:30 a.m. |

### CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that she did serve a copy of U.S. Bank Trust National Association, as Trustee of PRP II Pals Investments Trust's Motion for Relief from Stay and Co-Debtor Relief and a Notice of Hearing to Consider Motion dated October 17, 2018, upon the Debtor, Co-Debtors, Debtor's Counsel, and the Chapter 13 Trustee on October 17, 2018.  Finally, the undersigned certifies that no response was filed to the Motion for Relief and Co-Debtor Relief.

WHEREFORE, U.S. Bank Trust National Association, as Trustee of PRP II Pals Investments Trust respectfully requests this Honorable Court to enter an order granting U.S. Bank Trust National Association, as Trustee of PRP II Pals Investments Trust's Motion for Relief from Stay and for Co-Debtor Relief.

Dated: 11/5/18

TUCKER ARENSBERG, P.C.

/s/ Allison L. Carr
Allison L. Carr, Esquire
Pa. I.D. # 203815
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorney for U.S. Bank Trust National Association

TADMS:5037162-1 032787-184911