**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Christopher Quigley

      DEBTOR : BKY. NO.  18-14753JKF13

**O R D E R**

AND NOW, this  4th  day of  December , 2018 upon consideration of Debtor's Motion to Voluntarily Dismiss Chapter 13 pursuant to 11 USC 1307, It is ordered that the Motion is granted.

The Chapter 13 case is dismissed. Debtor connate refile for 180 days pursuant to 11 USC 109 (g) (2).

By the Court:

_____
Hon. Jean K. FtizSimon
U.S. Bankruptcy Judge

cc:   Michael A. Cataldo, Esquire
      1500 Walnut Street, Ste. 900
      Philadelphia PA 19102

      Polly Langdon, Esquire
      2901 St. Lawrence Ave
      PO Box 4010
      Reading, PA 19606